NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000399**
**19-JUN-2017**
**02:13 PM**

NO. CAAP-17-0000399

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of Revocable Living Trust of RITA JEAN GALLEGOS

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 13-1-0014)

ORDER GRANTING THE MAY 30, 2017 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Interested Party-Appellant Susan Amerling's (Appellant) May 30, 2017 Motion to Dismiss Appeal, it appears that (1) Appellant filed the notice of appeal on May 10, 2017; (2) the appeal has not been docketed; (3) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a), Appellant seeks to dismiss the appeal with prejudice, with the parties to bear their own attorneys' fees and costs on appeal; and (4) the requested relief is warranted.

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, June 19, 2017.

Chief Judge

Associate Judge

Associate Judge